UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| R. KEITH MAIDMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY DEMEO, *et al.*,<br><br>    Defendant, | 2:12-cv-474-KJD-RJJ<br><br><br><br>O R D E R |

This matter is before the Court on Plaintiff's Motion to Receive Free Copies (#10).

The Court having reviewed the Motion (#10) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Receive Free Copies (#10) is **DENIED.** However, the Clerk is directed to send to the Plaintiff a copy of the Amended Complaint (#6).

DATED this  26th  day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge