**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| R. KEITH MAIDMAN<br>NCDC NUMBER 50887,<br><br>          Plaintiff,<br><br>     vs.<br><br>RICHARD MARSHALL and TERRI RISING,<br><br>          Defendants. | Case No.:   2:12-cv-00474-KJD-RJJ |

### NOTICE OF VOLUNTARY WITHDRAWAL OF [#29] PETITION FOR JUDICIAL SCREENING UNDER 28 U.S.C. §1915A

Notice is hereby given that Defendants Richard Marshall ("Marshall") and Terri Rising ("Rising") (collectively "Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, hereby withdraw their Petition for Judicial Screening Under 28 U.S.C. §1915A [#29].

Dated this 6th day of November, 2012.

                              MARQUIS AURBACH COFFING


                              By /s/ Brian R. Hardy
                                 Craig R. Anderson, Esq.
                                 Nevada Bar No. 6882
                                 Brian R. Hardy, Esq.
                                 Nevada Bar No. 10068
                                 10001 Park Run Drive

IT IS SO ORDERED.

/s/ Robert J. Johnston
UNITED STATES MAGISTRATE JUDGE
DATED: November 7, 2012

1829453_1  11/6/2012 4:15 PM